

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00318-CV

### IN THE INTEREST OF F.M.A.

From the 436th District Court, Bexar County, Texas
Trial Court No. 2015PA01381
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED August 17, 2016.

Luz Elena D. Chapa, Justice